IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WAYNE K. ROESLER and
MARLENE R. ROESLER,

                              JUDGMENT IN A CIVIL CASE

      Plaintiffs,                      Case No. 11-cv-753-wmc

v.

UNITED STATES OF AMERICA,
AUTO-OWNERS INSURANCE
COMPANY, AMERICAN FAMILY
MUTUAL INSURANCE and
OPERATING ENGINEERS LOCAL
139 HEALTH BENEFIT FUND,

      Defendants.

---

      This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

### IT IS ORDERED AND ADJUDGED

that judgment is entered granting defendant United States of America's motion to dismiss and dismissing plaintiffs claim with prejudice.

_____      _____
Peter Oppeneer, Clerk of Court               1/6/12
                                                             Date