IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WAYNE K. ROESLER and
MARLENE R. ROESLER,

                    JUDGMENT IN A CIVIL CASE

      Plaintiffs,                     Case No. 11-cv-753-wmc

v.

UNITED STATES OF AMERICA,
AUTO-OWNERS INSURANCE
COMPANY, AMERICAN FAMILY
MUTUAL INSURANCE and
OPERATING ENGINEERS LOCAL
139 HEALTH BENEFIT FUND,

      Defendants.

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered granting defendant United States of America's motion to dismiss and dismissing plaintiffs claim with prejudice.

_____      1/6/12
Peter Oppeneer, Clerk of Court              Date